214

Joseph S. Gorman, Appellee, v. Walter R. Renkosiak and Alfreda C. Renkosiak, Appellants.

Gen. No. 44,363.

opinion filed March 1, 1949; released for publication April 26, 1949. Thomas J. McCormick and Michael M. Obartuch, for appellants; Charles J. Russell, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.

Daniel Gaines, Appellant, v. Elmer M. Walsh, Sheriff of Cook County, and Elizabeth Smith, Intervening Petitioner, Appellees.

Gen. No. 44,519.

opinion filed March 1, 1949; released for publication April 26, 1949. Howard D. Geter, for appellant; Prescott, Burroughs & Taylor, for appellee; A. M. Burroughs and Euclid Louis Taylor, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.